IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GOLY YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV508 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA ITS SECRETARY OF STATE APPEALS COURT, SUPREME COURT OF NEBRASKA, GOVERNOR OF NEBRASKA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed *in forma pauperis* (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*. Accordingly,

IT IS ORDERED that leave to proceed *in forma pauperis* is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 8th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court